IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN CLARKE,

    Petitioner,

v.                                            CASE NO. 5:09-cv-382-RH-AK

WALTER A. McNEIL,

    Respondent.
_____/

## **O R D E R**

Petitioner initiated this case by filing a *pro se, in forma pauperis* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. The Court found that the petition was deficient because Petitioner attempted to challenge multiple prison disciplinary convictions that did not arise out of the same event. The Court ordered Petitioner to file an amended petition, and advised Petitioner that he must file a separate petition and either pay the $5.00 habeas corpus filing fee or file a motion for leave to proceed as a pauper for each prison disciplinary case that he is challenging. Doc. 5. The Court also advised Petitioner that he must show that he exhausted prison administrative remedies and state-court remedies with respect to each disciplinary conviction. *Id.*

Petitioner filed an amended petition, Doc. 7, but his amended petition suffers from some of the same defects as the original petition. Specifically, Petitioner is attempting to challenge 19 disciplinary cases from three different institutions that occurred from 2007 to 2009. Petitioner has made no showing that he exhausted state

court remedies with respect to any of these cases.

Because Petitioner is proceeding *pro se*, the Court will afford him one additional opportunity to file an amended petition. The second amended petition shall challenge **ONE** prison disciplinary case. Petitioner shall complete the habeas corpus form in full, and shall complete all questions regarding exhaustion of remedies for his claims. If Petitioner wishes to challenge other disciplinary cases, **he must file a separate case as to each conviction**.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forward to Petitioner one § 2254 form;

That no later than **March 8, 2010**, Petitioner shall file a " second amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

**That failure to respond to this Order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this __4th__ day of February, 2010.

                                                    s/ A. KORNBLUM
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**