IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN CLARKE,

    Plaintiff,

v.                                         CASE NO. 5:09-cv-00382-RH -GRJ

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On September 21, 2010, the Court ordered Petitioner to show cause on or before October 6, 2010, as to why this case should not be dismissed for failure to file a second amended petition as ordered by the Court and for failure to prosecute because it appeared that Petitioner had been released from DOC custody but had not apprised the Court of his current address. Doc. 13. The show cause order was mailed to Petitioner at the last known address reflected in DOC records, but it was returned to the Court as "undeliverable." Doc. 14.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to obey an order of the Court.

**IN CHAMBERS** at Gainesville, Florida, this 20th day of October 2010.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**