# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

BRIAN CLARKE,

    Plaintiff,

v.                                      CASE NO. 5:09cv382-RH/GRJ

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice for failure to abide by an order of the court and failure to prosecute." The clerk must close the file.

    SO ORDERED on November 22, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge